HERMAN KAHLMEYER, Appellant, *v.* THE GREEN-WOOD CEMETERY, Respondent.

Argued January 7, 1942; decided February 26, 1942.

*Joseph Henry Cohen* and *Homer Franklin Carey* for appellant.

*Frederick E. Crane, Henry Hill Anderson* and *J. Wesley Seward* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.